UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROL PRESLEY,

          **Plaintiff,**

-vs-                                                Case No. 6:10-cv-351-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff Carol Presley's appeal from a final decision of the Commissioner of the Social Security Administration denying her application for benefits. (Doc. 1, filed Mar. 4, 2010). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation recommending that the Commissioner's decision be reversed and remanded for further proceedings. (Doc. 23, filed June 17, 2011). Plaintiff has not filed an objection to this report.

This Court, upon an independent de novo review of the record in this matter, agrees with the findings of fact and conclusions of law within Magistrate Judge Kelly's Report and Recommendation. The Court notes that sentence four of 42 U.S.C. § 405(g) requires the court to enter a final judgment before deciding whether the present case should be remanded to the Commissioner of the Social Security Administration for further action. The Court's action is based on a conclusion that Administrative Law Judge Russell must more thoroughly explain the

weight assigned to the medical testimony in rendering a decision so as to meet the requirement of a decision "supported by substantial evidence." 42 U.S.C. § 405(g). The Court agrees that reversal is necessary not because it disagrees with the outcome of ALJ Russell's decision but because the validity of that decision carries no weight without being clearly and convincingly based on substantial evidence.

The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made part of this Order. The decision of the Commissioner is hereby **REVERSED** and the case **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. 405(g). The Clerk is directed to enter a Judgement accordingly and **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_\_3\_\_\_ day of August, 2011.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties