UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROL PRESLEY,

Plaintiff,

-vs-                                              Case No. 6:10-cv-351-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

___

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28, U.S.C. § 2412(d) (Doc. No. 26). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED** only to the extent that the Court awards attorney's fees to Plaintiff, as the prevailing party, in the sum of $5,253.69. The Motion is otherwise **DENIED**.

It is **SO ORDERED** in Orlando, Florida, this 22 day of December, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record